IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

STATE FARM FLORIDA INSURANCE COMPANY,

Appellant,

Case No.  5D21-1089

v.

LT Case No. 2015-CA-2934

DANIEL KITTILSEN,

Appellee.

_____/

Decision filed August 23, 2022

Nonfinal Appeal from the Circuit Court
for Osceola County,
Margaret H. Schreiber, Judge.

Scot E. Samis, of Traub Lieberman
Straus & Shrewsberry LLP, St.
Petersburg, for Appellant.

Raymond T. Elligett, Jr., and Amy S.
Farrior, of Buell & Elligett, P.A., Tampa,
and Lee Jacobson, of Hale, Hale &
Jacobson, P.A., Orlando, for Appellee.

PER CURIAM.

AFFIRMED.

WALLIS, SASSO and NARDELLA, JJ., concur.